UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE RACKLEY, SR. | CIVIL ACTION |
| VERSUS | NO. 07-504 |
| STATE OF LOUISIANA, ET AL. | SECTION: "R"(1) |

### ORDER

The Court, having reviewed *de novo* the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's claims against the State of Louisiana, Section "J" of the Orleans Parish Criminal District Court, and Judge Darryl A. Derbigny in his official capacity be DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction pursuant to the Eleventh Amendment.

IT IS FURTHER ORDERED that plaintiff's claims against Judge Darryl A. Derbigny in his individual capacity, the unidentified assistant district attorney, and the unidentified assistant public defender be DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b) as frivolous, for failing to state a claim on which relief may be granted, and/or for

seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this 21st day of June, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE