UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE RACKLEY, SR.                                CIVIL ACTION

VERSUS                                             NO. 07-504

STATE OF LOUISIANA, ET AL.                         SECTION: "R"(1)

### ORDER

Before the Court is plaintiff's motion for reconsideration of this Court's Order adopting the Magistrate Judge's Report and Recommendations (R. Doc. 15) and judgment dismissing with prejudice his 42 U.S.C. § 1983 claims against Section "J" of the Orleans Parish Criminal District Court, Judge Darryl A. Derbigny, in his official and individual capacities, an unidentified assistant district attorney, and an unidentified assistant public defender. (R. Doc. 16).

A district court has considerable discretion to grant or to deny a motion for reconsideration. *See Edward H. Bohlin Co. v. Banning Co.*, 6 F.3d 350, 355 (5th Cir. 1993). A court's reconsideration of an earlier order is an extraordinary remedy, which should be granted sparingly. *See Fields v. Pool Offshore,*

*Inc.*, No. Civ. A. 97-3170, 1998 WL 43217, at *2 (E.D. La. Feb. 3, 1998), *aff'd*, 182 F.3d 353 (5th Cir. 1999); *Bardwell v. George G. Sharp, Inc.*, Nos. Civ. A. 93-3590, 93-3591, 1995 WL 517120, at *1 (E.D. La. Aug. 30, 1995).  The Court must "strike the proper balance" between the need for finality and "the need to render just decisions on the basis of all the facts."  *Edward H. Bohlin Co.*, 6 F.3d at 355.  To succeed on a motion for reconsideration, a party must "'clearly establish either a manifest error of law or fact or must present newly discovered evidence.'"  *Ross v. Marshall*, 426 F.3d 745, 763 (5th Cir. 2005) (quoting *Pioneer Natural Res. USA, Inc. v. Paper, Allied Indus., Chem. & Energy Workers Int'l Union Local 4-487*, 328 F.3d 818, 820 (5th Cir. 2003)).

The Court finds that plaintiff's motion for reconsideration has not established either a manifest error of law or presented newly discovered evidence in support of reconsidering this Court's prior Order and Judgment.  Accordingly, plaintiff's motion for reconsideration is hereby DENIED.

New Orleans, Louisiana, this 13th day of November, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE