UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE RACKLEY, SR.                           CIVIL ACTION

VERSUS                                        NO. 07-504

STATE OF LOUISIANA, ET AL.                    SECTION: "R"(1)

**ORDER**

Before the Court is plaintiff's second motion for reconsideration (R. Doc. 19) and supplemental motion for reconsideration (R. Doc. 20) of this Court's Order adopting the Magistrate Judge's Report and Recommendations (R. Doc. 15) and judgment dismissing with prejudice his 42 U.S.C. § 1983 claims against Section "J" of the Orleans Parish Criminal District Court, Judge Darryl A. Derbigny, in his official and individual capacities, an unidentified assistant district attorney, and an unidentified assistant public defender. (R. Doc. 16).

As the Court noted in its order denying plaintiff's first motion for reconsideration (R. Doc. 18), plaintiff has not established either a manifest error of law or presented newly discovered evidence in support of reconsidering this Court's

prior Order and Judgment. *See Ross v. Marshall*, 426 F.3d 745, 763 (5th Cir. 2005) (quoting *Pioneer Natural Res. USA, Inc. v. Paper, Allied Indus., Chem. & Energy Workers Int'l Union Local 4-487*, 328 F.3d 818, 820 (5th Cir. 2003)).  Accordingly, plaintiff's motion for reconsideration and motion for supplemental reconsideration are hereby DENIED.

New Orleans, Louisiana, this 17th day of January, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE